JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VENKEE COMMUNICATIONS, LLC, | CASE NO.: 2:20-cv-10096-RGK-PD |
| Plaintiff, | Hon. R. Gary Klausner |
| v. | [PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL |
| TP-LINK TECHNOLOGIES CO., LTD. and TP-LINK USA CORPORATION, | [44] |
| Defendants. | |

The Court, having considered the JOINT STIPULATION OF DISMISSAL filed by Plaintiff VENKEE COMMUNICATIONS, LLC and Defendant TP-LINK USA CORPORATION, (collectively, the "Parties"), and for good cause having been shown, hereby ORDERS that:

1. All claims and causes of action pending between the Parties in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a); and
2. Each party shall bear its own costs and attorneys' fees.

As no defendant remains, this action is terminated. The Clerk shall close this case.

Dated: ____November 20____, 2020

*Gary Klausner* (signature)
U.S. DISTRICT JUDGE
Hon. R. Gary Klausner

1                                    No. 2:20-cv-10096-RGK-PD
ORDER RE: STIPULATION OF DISMISSAL